D/WI Prob 22
(Rev 05/17)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Trans. Court): 0757 2:15CR00033 - 1

DOCKET NUMBER (Rec. Court):

| NAME OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Raymond Wu | Eastern District of Wisconsin | Milwaukee |

NAME OF SENTENCING JUDGE: Judge Pamela Pepper

| DATES OF PROBATION /SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| Supervised Release | 12/12/2017 | 12/11/2020 |

OFFENSE: Wire Fraud

19 CR 266
JUDGE LEE
MAGISTRATE JUDGE KIM

## PART 1 - ORDER TRANSFERRRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Eastern District of Wisconsin

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the record of this Court to the United States District Courts for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

March 18, 2019
Date

Pamela Pepper
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Northern District of Illinois

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/20/19
Effective Date

Ruben Castillo
United States District Judge

A TRUE COPY-ATTEST
THOMAS G. BRUTON, CLERK
By: s/ SHEILA MOORE
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
March 20, 2019

FILED
MAR 20 2019 KD
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BOND−NJ,CLOSED,TRANSFERRED

# United States District Court
## Eastern District of Wisconsin (Milwaukee)
## CRIMINAL DOCKET FOR CASE #: 2:15−cr−00033−PP All Defendants
*Internal Use Only*

---

Case title: USA v. Wu  
Other court case number: 17−1066 USCA Raymond Wu 01/10/17

Date Filed: 02/24/2015  
Date Terminated: 12/05/2016

---

Assigned to: Judge Pamela Pepper

Appeals court case number:  
17−1066

### Defendant (1)

**Raymond Wu**  
*TERMINATED: 12/05/2016*

represented by **Dennis P Coffey**  
Mawicke & Goisman SC  
1509 N Prospect Ave  
Milwaukee, WI 53202  
414−224−0600  
Fax: 414−224−9359  
Email: dcoffey@dmgr.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

**Hannah V Garst**  
Law Offices of Hannah Garst  
121 S Wilke Rd − Ste 301  
Arlington Heights, IL 60005  
773−248−6504  
Fax: 773−989−8540  
Email: hannahgarst@garstlaw.com  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*



### Pending Counts

18:1343 − FRAUD BY WIRE, RADIO, OR TELEVISION  
(1s)

### Disposition

SENT: 12 months and 1 day imrpisonment. SUPERVISED RELEASE: 3 Yrs. RESTITUTION: $242,529.28. SA:100.

### Highest Offense Level (Opening)

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| FRAUD BY WIRE, RADIO, OR TELEVISION<br>(1−4) | DISMISSED on the Motion of the Government |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Kelly Brown Watzka**<br>United States Department of Justice (ED−WI)<br>Office of the US Attorney<br>517 E Wisconsin Ave − Rm 530<br>Milwaukee, WI 53202<br>414−297−1700<br>Fax: 414−297−1738<br>Email: Kelly.Watzka@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 02/24/2015 | 1 | | INDICTMENT as to Raymond Wu (1) Cts 1−4. (Attachments: # 1 Information Sheet) (mlm) (Entered: 02/25/2015) |
| 05/26/2015 | 2 | | MOTION to Unseal Case by Raymond Wu.(mlm) |
| 05/26/2015 | 3 | | ORDER signed by Magistrate Judge William E Duffin on 5/26/15 granting 2 Motion to Unseal Case as to Raymond Wu (1). (cc: all counsel) (mlm) |
| 05/26/2015 | 4 | | NOTICE OF HEARING as to Raymond Wu. Arraignment and Plea hrg. set for 6/18/2015 at 11:00 AM before Magistrate Judge Nancy Joseph. (cc: all counsel)(kmf) |
| 05/26/2015 | 5 | | Rule 5 Documents Received as to Raymond Wu. 5/26/15 Minute Sheet (Attachments: # 1 Waiver of Rights, # 2 Order Setting Conditions, # 3 Redacted Surety, # 4 C.D. CA Docket Sheet)(mlm) (Entered: 06/08/2015) |
| 06/18/2015 | 6 | | Minute Entry for proceedings held before Magistrate Judge Nancy Joseph: Arraignment and Plea hrg. held on 6/18/15 as to Raymond Wu (1). Defendant advised of rights, charges, penalties and fines. Not Guilty plea entered by deft. STD: 8/27/15. Case referred to Magistrate Judge William E Duffin for pretrial purposes. BRIEFING: 7/2/15, 7/13/15, 7/17/15. Court orders GJ materials |

| | | | |
|---|---|---|---|
| | | | disclosed no later than 1 business day prior to trial. VOIR DIRE: 8/20/15. JT: 8/24/15 at 9:00 a.m. TRIAL EST: 3−4 days. Deft. appeared in California and was released. Deft. requests conditions be amended to include travel throughout California, the E.D. of Wisconsin and Cook County, IL. The court w/continue the release as set with the additional conditions as requested. (Tape #11:06:50−11:12:59) (kmf) (Entered: 06/19/2015) |
| 06/18/2015 | 7 | | PRETRIAL ORDER as to Raymond Wu. Motions due: 7/2/15; Responses due: 7/13/15; Replies due: 7/17/15. Signed by Magistrate Judge William E Duffin on 6/18/15. (cc: all counsel) (kmf) (Entered: 06/19/2015) |
| 07/02/2015 | 8 | | MOTION for Extension of Time to File *Pretrial Motions* by Raymond Wu. (Attachments: # 1 Affidavit of Dennis P. Coffey)(Coffey, Dennis) |
| 07/06/2015 | | | TEXT ONLY ORDER signed by Magistrate Judge William E Duffin on 7/6/15 granting 8 Motion for Extension of Time to File Pretrial Motions as to Raymond Wu (1). Motions due by 7/10/2015; Responses due by 7/21/2015; Replies due by 7/27/2015. The court finds under 18 U.S.C. § 3161(h)(7)(A) and (B) (iv) that the ends of justice served by taking this action outweigh the best interest of the public and the defendant in a speedy trial. The court makes this finding because taking into account the exercise of due diligence, the failure to grant such a continuance would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation. The period from 7/6/2015 until 7/10/15 is excluded under the Speedy Trial Act. (cc: all counsel) (mlm) (Entered: 07/07/2015) |
| 07/10/2015 | 9 | | LETTER from Dennis P. Coffey *Requesting Modification of Travel Restrictions* (Coffey, Dennis) |
| 07/13/2015 | | | TEXT ONLY ORDER as to Raymond Wu GRANTING 9 Letter Request to Travel. The defendant must provide his itinerary to pretrial services prior to travel and contact pretrial services upon return. Signed by Magistrate Judge Nancy Joseph on 7/13/2015. (cc: all counsel, PTS) (llc) |
| 07/15/2015 | | | Case as to Raymond Wu no longer referred to Magistrate Judge William E Duffin. File Transmitted to Judge Randa. (mlm) |
| 08/10/2015 | 10 | | MOTION to Continue *Trial Date* by Raymond Wu. (Attachments: # 1 Affidavit of Dennis P. Coffey)(Coffey, Dennis) |
| 08/13/2015 | 11 | | ORDER OF RECUSAL Signed by Judge Rudolph T Randa on 8/13/2015 as to Raymond Wu. Judge Rudolph T Randa recused. Case reassigned to Judge Pamela Pepper for all further proceedings. Court GRANTS 10 Unopposed MOTION to Continue 8/24/2015 Jury Trial. Speedy Trial Finding made. Time Excluded beginning 8/13/2015 until new trial date. (cc: all counsel) (Zik, Linda) (Entered: 08/14/2015) |
| 08/14/2015 | | | NOTICE OF HEARING as to Raymond Wu. A status conference is set for 9/2/2015 before Judge Pamela Pepper at 10:30 AM in Courtroom 225, 517 E. Wisconsin Ave., Milwaukee, WI 53202. (cc: all counsel)(pwm) |
| 08/17/2015 | 12 | | Warrant, executed on 5/24/15, returned as to Raymond Wu. (kmf) (Entered: 08/18/2015) |
| 08/27/2015 | 13 | | MOTION to Continue by Raymond Wu. (Attachments: # 1 Affidavit of Dennis Coffey)(Coffey, Dennis) |

| | | | |
|---|---|---|---|
| 08/27/2015 | 14 | | MOTION to Travel by Raymond Wu.(Coffey, Dennis) |
| 08/28/2015 | | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 08/28/2015 as to Raymond Wu: Because counsel for the defendant may be in trial in another court at the time of the September 2, 2015 status conference, and given the fact that defense counsel represents that the government does not object, the court ORDERS that the September 2, 2015 status conference is ADJOURNED. The court will re−schedule the hearing shortly. (cc: all counsel) (Pepper, Pamela) |
| 08/28/2015 | | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 08/28/2015 as to Raymond Wu: Because the defendant indicates that counsel for the government has no objection, the court GRANTS the defendant's motion to travel, and ORDERS that the defendant may travel to the New York, New York and Baltimore, Maryland metropolitan areas until Friday, September 4, 2015. The court ORDERS that the defendant must contact his pretrial services officer within 24 hours of returning to the Eastern District of Wisconsin. (cc: all counsel) (Pepper, Pamela) |
| 08/31/2015 | | | NOTICE OF HEARING as to Raymond Wu. A status conference is set for 9/14/2015 at 2:00 PM in Courtroom 225, 517 E. Wisconsin Ave., Milwaukee, WI 53202 before Judge Pamela Pepper. (NOTE: This hearing was originally scheduled for 9/2/2015, but was adjourned at the defendant's request.) (cc: all counsel)(pwm) |
| 09/14/2015 | 15 | | Court Minutes for the hearing held on 9/14/2015 before Judge Pamela Pepper: Status Conference as to Raymond Wu. ( Status Conference set for 10/16/2015 01:30 PM in Courtroom 225, 517 E. Wisconsin Ave., Milwaukee, WI 53202 before Judge Pamela Pepper.) (kgw) (Entered: 09/15/2015) |
| 10/16/2015 | 16 | | Court Minutes from the hearing held October 16, 2015 RE: Status Conference as to Raymond Wu. ( Final Pretrial Conference set for 12/21/2015 09:30 AM in Courtroom 225, 517 E. Wisconsin Ave., Milwaukee, WI 53202 before Judge Pamela Pepper., Jury Trial set for 1/11/2016 09:00 AM in Courtroom 225, 517 E. Wisconsin Ave., Milwaukee, WI 53202 before Judge Pamela Pepper.) Trial to last three days. (kgw) (Entered: 10/19/2015) |
| 12/17/2015 | 17 | | MOTION to Continue by Raymond Wu. (Attachments: # 1 Affidavit)(Coffey, Dennis) |
| 12/18/2015 | | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 12/18/2015 as to Raymond Wu re 17 MOTION to Continue filed by Raymond Wu: On December 17, 2015, the defendant filed a motion asking the court to adjourn the December 21, 2015 final pretrial conference and the January 11, 2016 trial date, to allow the parties further time to discuss the possibility of settlement. The court finds the request reasonable. The court GRANTS the defendant's motion to adjourn the final pretrial conference and trial dates. The court ORDERS that the final pretrial conference is adjourned from December 21, 2015 to January 4, 2016 at 1:30 p.m. in Room 225. The court further ORDERS that the January 11, 2016 trial date is removed from the calendar; at the January 4, 2016 final pretrial conference, the parties should be prepared to discuss the trial date (if the case has not been resolved). The court ORDERS that the time between December 21, 2015 and January 4, 2016 is excluded from the Speedy Trial Act calculation in the interest of justice. (cc: all counsel) (Pepper, Pamela) |
| 12/23/2015 | | | |

| | | | |
|---|---|---|---|
| | | | NOTICE OF HEARING as to Raymond Wu. Final Pretrial Conference set for 1/4/2016 01:30 PM in Courtroom 225, 517 E. Wisconsin Ave., Milwaukee, WI 53202 before Judge Pamela Pepper. (cc: all counsel) (kgw) |
| 01/04/2016 | 18 | | Court Minutes for the hearing held before Judge Pamela Pepper on 1/4/2016: A final pretrial conference is scheduled on 4/5/2016 at 1:30 PM in Courtroom 225. A jury trial is scheduled on 4/18/2016 at 9:00 AM in Courtroom 225, 517 E. Wisconsin Ave., Milwaukee, WI 53202 before Judge Pamela Pepper. (pwm) (Entered: 01/06/2016) |
| 01/06/2016 | | | Deadline set: Defendant's counsel must notify the court by 2/17/2016 whether the defendant plans to plead guilty or proceed with the April trial. (pwm) |
| 01/26/2016 | 19 | | MOTION to Travel by Raymond Wu.(Coffey, Dennis) |
| 01/26/2016 | | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 01/26/2016 as to Raymond Wu re 19 MOTION to Travel filed by Raymond Wu: The court has reviewed the defendant's January 26, 2016 unopposed motion to travel, and finds it reasonable. The court GRANTS the defendant's motion to travel, and ORDERS that he may travel to Washington, D.C. on Thursday, January 28, 2016, and may remain there until he returns to his home in Los Angeles, California on January 30, 2016. (cc: all counsel) (Pepper, Pamela) |
| 02/17/2016 | 20 | | MOTION for Extension of Time to File *Notice* by Raymond Wu.(Coffey, Dennis) |
| 02/18/2016 | | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 02/18/2016 as to Raymond Wu re 20 MOTION for Extension of Time to File *Notice* filed by Raymond Wu: The court GRANTS the defendant's motion for an extension of the deadline by which he must advise the court and opposing counsel of whether he intends to enter into a plea agreement. The court ORDERS that the deadline for the defendant to file such a notice is extended to Monday, February 29, 2016. (cc: all counsel) (Pepper, Pamela) |
| 03/04/2016 | | | NOTICE OF HEARING as to Raymond Wu (Counsel Only). Status Conference set for 3/14/2016 01:30 PM By Telephone before Judge Pamela Pepper. Parties wishing to appear by phone may do so by calling the courts conference line at 888−557−8511 and using the access code 4893665#. (cc: all counsel)(kgw) |
| 03/11/2016 | 21 | 10 | INFORMATION as to Raymond Wu (1) count 1s. (kmf) |
| 03/11/2016 | 22 | | PLEA AGREEMENT as to Raymond Wu. (kmf) |
| 03/14/2016 | | | The status conference scheduled for 3/14/2016 at 1:30 p.m., the final pretrial scheduled for 4/5/2106 at 1:30 p.m, and the trial scheduled for 4/18/2016 at 9:00 a.m. have been removed from the calendar as a plea agreement has been filed. A change of plea hearing will be scheduled. (kgw) |
| 03/15/2016 | | | NOTICE OF HEARING as to Raymond Wu. Change of Plea Hearing set for 4/11/2016 09:00 AM in Courtroom 225, 517 E. Wisconsin Ave., Milwaukee, WI 53202 before Judge Pamela Pepper. (cc: all counsel) (kgw) |
| 04/08/2016 | 23 | | PRETRIAL SERVICE REPORT − BOND STUDY (Sealed) filed by US Pretrial Office as to Raymond Wu (NOTICE: Counsel for defendant is required to provide a copy of this document to the defendant. To view this document use your e−filing log−in and password.) (jm) |

| | | | |
|---|---|---|---|
| 04/11/2016 | 24 | | WAIVER OF INDICTMENT by Raymond Wu. (kgw) |
| 04/11/2016 | 25 | | Court Minutes from the change−of−plea hearing held before Judge Pamela Pepper on 4/11/2016. The court scheduled the sentencing for 8/18/2016 at 9:30 AM in Room 225. The probation office will disclose the presentence investigation report (PSR) by 6/17/2016. Any objections to the PSR are due by 7/1/2016. Any responses to the objections, as well as any sentencing memoranda or supporting documentation, are due by 7/18/2016. (pwm) (Entered: 04/12/2016) |
| 07/01/2016 | 26 | | MOTION for Extension of Time to File *Objections* by Raymond Wu. (Attachments: # 1 Affidavit Affidavit of Dennis P. Coffey)(Coffey, Dennis) |
| 07/05/2016 | | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 07/05/2016 as to Raymond Wu re 26 MOTION for Extension of Time to File *Objections* filed by Raymond Wu: The court GRANTS the defendant's motion for an extension of time within which to file objections to the presentence investigation report. The court ORDERS that the deadline for parties to object to the PSR is extended to July 11, 2016. The court further ORDERS that the deadline for parties to file replies to any objections, and to file any additional sentencing materials, is extended to July 25, 2016. The sentencing hearing remains scheduled for August 18, 2016. (cc: all counsel) (Pepper, Pamela) |
| 07/25/2016 | 27 | | MOTION to Adjourn *Sentencing Hearing* by USA as toRaymond Wu.(Watzka, Kelly) |
| 07/26/2016 | | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 07/26/2016 as to Raymond Wu re 27 MOTION to Adjourn *Sentencing Hearing* filed by USA: The court GRANTS the government's unopposed motion to adjourn the sentencing hearing scheduled for August 18, 2016. The court ORDERS that the August 18, 2016 sentencing hearing is REMOVED from the calendar. The court's staff will contact counsel for the government and counsel for the defense to coordinate a new sentencing date. (cc: all counsel) (Pepper, Pamela) |
| 07/28/2016 | | | NOTICE OF HEARING as to Raymond Wu. Sentencing set for 9/12/2016 01:30 PM in Courtroom 225, 517 E. Wisconsin Ave., Milwaukee, WI 53202 before Judge Pamela Pepper. The sentencing hearing was originally scheduled for 8/18/2016 but rescheduled to 9/12/2016 at 1:30 p.m. by agreement of the parties. (cc: all counsel)(kgw) |
| 08/04/2016 | | | AMENDED NOTICE OF HEARING: The sentencing of Raymond Wu before Judge Pamela Pepper has been CHANGED. The sentencing will be held on 9/14/2016 at 9:00 AM in Courtroom 225, 517 E. Wisconsin Ave., Milwaukee, WI 53202. (cc: all counsel)(pwm) |
| 09/06/2016 | 28 | | REVISED PRESENTENCE INVESTIGATION REPORT (Sealed) as to Raymond Wu (NOTICE: Counsel for defendant is required to provide a copy of this document to the defendant. Please note this report has been changed since the last disclosure. To view this document use your e−filing log−in and password.) (Attachments: # 1 Addendum)(jl) |
| 09/06/2016 | 29 | | SENTENCING RECOMMENDATION (Sealed − for Judge only) filed by US Probation Office as to Raymond Wu (jl) |
| 09/07/2016 | 30 | | |

| | | |
|---|---|---|
| | | MOTION to Continue by Raymond Wu. (Attachments: # 1 Affidavit of Dennis Coffey)(Coffey, Dennis) |
| 09/09/2016 | | AMENDED NOTICE OF HEARING: The sentencing hearing for Raymond Wu will be held on Friday, 9/30/2016 at 9:00 AM in Courtroom 225, 517 E. Wisconsin Ave., Milwaukee, WI 53202 before Judge Pamela Pepper. NOTE: This hearing was scheduled for 9/14/2016, but was changed at counsel's request. (cc: all counsel)(pwm) |
| 09/28/2016 | 31 | MOTION to Continue *Sentencing* by Raymond Wu. (Attachments: # 1 Affidavit of Dennis Coffey)(Coffey, Dennis) |
| 09/29/2016 | | NOTICE OF HEARING as to Raymond Wu. Sentencing set for 11/8/2016 08:30 AM in Courtroom 225, 517 E. Wisconsin Ave., Milwaukee, WI 53202 before Judge Pamela Pepper. (This hearing was scheduled for 9/30/2016 but was rescheduled to 11/8/2016 by agreement of the parties.) (cc: all counsel)(kgw) |
| 11/03/2016 | 32 | MOTION to Adjourn *Sentencing Hearing* by USA as toRaymond Wu.(Watzka, Kelly) |
| 11/06/2016 | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 11/06/2016 as to Raymond Wu re 32 MOTION to Adjourn *Sentencing Hearing* filed by USA: The court GRANTS the government's unopposed motion to adjourn the November 8, 2016 sentencing. The court ORDERS that the sentencing scheduled for November 8, 2016 at 8:30 a.m. is REMOVED from the hearing calendar. The court's staff will contact the parties to arrange an adjourned sentencing date. (cc: all counsel) (Pepper, Pamela) |
| 11/09/2016 | 33 | NOTICE OF HEARING as to Raymond Wu. The sentencing will be held before Judge Pamela Pepper on 12/5/2016 at 9:00 AM in Courtroom 225, 517 E. Wisconsin Ave., Milwaukee, WI 53202. (cc: all counsel)(pwm) |
| 12/02/2016 | 34 | LETTER from United States *regarding restitution calculation* (Attachments: # 1 Supplement Restitution documents, # 2 Supplement Spreadsheets)(Watzka, Kelly) |
| 12/05/2016 | 36 | Court Minutes and Order for proceedings held before Judge Pamela Pepper on 12/5/2016: Sentencing held for Raymond Wu. Twelve Months and One Day of Incarceration Followed by Three Years of Supervised Release. The court granted the government's oral motion to dismiss the indictment against the defendant. Conditions of Supervised Release/Probation imposed. SEE Judgment for additional details.. (kgw) (Entered: 12/09/2016) |
| 12/08/2016 | 35 | COURT'S FINDINGS (Sealed) as to Raymond Wu (NOTICE: Counsel for defendant is required to provide a copy of this document to the defendant. Please note this report has been changed since the last disclosure. To view this document use your e−filing log−in and password.) (jl) |
| 12/09/2016 | 37 | 13 | JUDGMENT as to Raymond Wu (1). SENT: 12 months and 1 day imrpisonment as to an Information. SUPERVISED RELEASE: 3 Yrs. Conditions of Supervised Release imposed. See judgment for additional details. RESTITUTION: $242,529.28 to: Paul Elfelt. SA: 100. The Indictment is DISMISSED upon the motion of the government. Signed by Judge Pamela Pepper on 12/5/16. (cc: all counsel) (kmf). |

| | | | |
|---|---|---|---|
| 12/09/2016 | 38 | | STATEMENT OF REASONS (Sealed) as to Raymond Wu. (NOTICE: Attorneys of record for the government and defendant may view this document using their e−filing log−in and password.) Signed by Judge Pamela Pepper on 12/9/16. (cc: all counsel) (kmf) |
| 12/19/2016 | 39 | | MOTION for Extension of Time to File *Notice of Appeal* by Raymond Wu. (Attachments: # 1 Affidavit of Dennis P. Coffey)(Coffey, Dennis) |
| 12/20/2016 | | | TEXT ONLY ORDER signed by Judge Pamela Pepper on 12/20/2016 as to Raymond Wu re 39 MOTION for Extension of Time to File *Notice of Appeal* filed by Raymond Wu: The court has reviewed the attached affidavit from Attorney Dennis P. Coffey, and finds that there is good cause for extending the deadline for filing a notice of appeal. The court GRANTS the defendant's motion for an extension of time, and ORDERS that the deadline for the defendant to file his notice of appeal is EXTENDED to the end of the day on January 3, 2017. (cc: all counsel) (Pepper, Pamela) |
| 01/03/2017 | 40 | | MOTION for Extension of Time to File *Notice of Appeal* by Raymond Wu. (Attachments: # 1 Affidavit of Dennis Coffey)(Coffey, Dennis) |
| 01/04/2017 | | | TEXT ONLY ORDER as to Raymond Wu re 40 MOTION for Extension of Time to File *Notice of Appeal* filed by Raymond Wu: The court has reviewed the attached affidavit from Attorney Dennis P. Coffey, and finds that there is good cause for again extending the deadline for filing a notice of appeal. The court GRANTS the defendant's second motion for an extension of time, and ORDERS that the deadline for the defendant to file his notice of appeal is EXTENDED to the end of the day on January 10, 2017. Signed by Judge Pamela Pepper on 01/04/2017. (cc: all counsel) (Pepper, Pamela) |
| 01/10/2017 | 41 | | NOTICE OF APPEAL by Raymond Wu Filing Fee PAID $505, receipt number 0757−2496213. (Coffey, Dennis) |
| 01/10/2017 | 42 | | DOCKETING STATEMENT by Raymond Wu re 41 Notice of Appeal (Coffey, Dennis) |
| 01/10/2017 | 43 | | Attorney Cover Letter re: 41 Notice of Appeal (Attachments: # 1 Docket Sheet)(jv) |
| 01/10/2017 | 44 | | Transmission of Notice of Appeal and Docket Sheet as to Raymond Wu to US Court of Appeals re 41 Notice of Appeal. (cc: all counsel) (jv) |
| 01/10/2017 | 45 | | USCA Case Number 17−1066 re: 41 Notice of Appeal filed by Raymond Wu. (jv) |
| 01/20/2017 | 46 | | NOTICE OF ATTORNEY APPEARANCE: Hannah V Garst appearing for Raymond Wu (Garst, Hannah) |
| 01/23/2017 | 47 | | MOTION to Extend Surrender Date by Raymond Wu.(Garst, Hannah) |
| 01/25/2017 | 48 | | ORDER signed by Judge Pamela Pepper on 1/25/2017 DENYING 47 Defendant Wu's Motion to Extend Surrender Date. (cc: all counsel) (pwm) |
| 01/26/2017 | 49 | | TRANSCRIPT of CHANGE OF PLEA HEARING as to Raymond Wu held on 4/11/16, before Judge PAMELA PEPPER. Court Reporter/Transcriber EXCEPTIONAL REPORTING, Contact at 361 949−2988 X 0. Tape Number: 4/11/16. Transcripts may be purchased using the Transcript Order Form found |

| | | | |
|---|---|---|---|
| | | | on our website or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website www.wied.uscourts.gov Redaction Statement due 2/21/2017. Redacted Transcript Deadline set for 3/2/2017. Release of Transcript Restriction set for 5/1/2017. (Exceptional Reporting Services, ) |
| 01/26/2017 | 50 | | TRANSCRIPT of SENTENCING as to Raymond Wu held on 12/5/16, before Judge PAMELA PEPPER. Court Reporter/Transcriber EXCEPTIONAL REPORTING, Contact at 361 949−2988 X 0. Tape Number: 12/5/16. Transcripts may be purchased using the Transcript Order Form found on our website or viewed at the court public terminal. **NOTICE RE REDACTION OF TRANSCRIPTS:** If necessary, within 7 business days each party shall inform the Court of their intent to redact personal identifiers by filing a Notice of Intent to Redact. Please read the policy located on our website www.wied.uscourts.gov Redaction Statement due 2/21/2017. Redacted Transcript Deadline set for 3/2/2017. Release of Transcript Restriction set for 5/1/2017. (Exceptional Reporting Services, ) |
| 02/01/2017 | 51 | | USCA MANDATE (certified copy) Upon consideration of the MOTION TO VOLUNTARILY DISMISS APPEAL, filed on February 1, 2017, by counsel for the appellant,IT IS ORDERED that this case is DISMISSED as to Raymond Wu re 41 Notice of Appeal USCA Number 17−1066 (dmm) |
| 03/18/2019 | 52 | | ORDER signed by Judge Pamela Pepper on 3/18/2019 TRANSFERRING supervised release as to Raymond Wu to the U.S. District Court for the Northern District of Illinois. (cc: all counsel) (cb) |



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2016 MAR 11 A 11:07

JON W. SANFILIPPO
CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RAYMOND WU,

        Defendant.

Case No. 15-CR-33

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

Background

1. At all times relevant to this indictment:

    a. Raymond Wu represented himself to be a successful entrepreneur with residences in the Northern District of Illinois and the Central District of California.

    b. Yo Love, LLC, d/b/a Yo Love Frozen Yogurt, ("Yo Love") was a business entity founded by Wu and others for the purpose of developing and operating Yo Love frozen yogurt stores and kiosks throughout the United States.

    c. P.E. and K.L. were individuals residing in the Eastern District of Wisconsin who were solicited by Wu and others to invest in Yo Love and who collectively invested $800,000 as "Strategic Members" of Yo Love.

The Scheme

2. Between approximately December 2009 and December 2010, in the State and Eastern District of Wisconsin, the Central District of California, and elsewhere,

## RAYMOND WU

knowingly devised and participated in a scheme to defraud and to obtain money from investors by materially false and fraudulent pretenses, representations and promises.

    3.    The scheme involved but was not limited to the following:

        a.    Material misrepresentations regarding the amount of money the defendant and others had invested in Yo Love;

        b.    Material misrepresentations regarding business prospects for Yo Love, including the defendant's false statements that he had secured a three month trial period with Kraft Foods to install frozen yogurt kiosks at their headquarters in Northfield, Illinois; that he was in the process of negotiating a long term contract with Kraft Foods; and that he had applied for and secured Yo Love's place as the "Official Frozen Yogurt of the 2010 Taste of Chicago" special event; and

        c.    Materially false statements regarding business expenses of Yo Love and the use of investor money to pay personal expenses and debts of the defendant and others.

### Execution of the Scheme

    4.    On or about the date set forth below, in the State and Eastern District of Wisconsin and elsewhere, the defendant, for the purpose of executing the above described scheme, knowingly caused to be transmitted in interstate commerce by means of wire communication, certain signs, signals and sounds, which accomplished the wire transfer of funds to be used for the development and operation of Yo Love stores and kiosks:

| COUNT | DATE | WIRE | AMOUNT | INVESTOR |
|---|---|---|---|---|
| ONE | March 3, 2010 | Firstar Bank, Milwaukee, Wisconsin to Chase Bank, Pomona, California | $200,000 | P.E. |

All in violation of Title 18, United States Code, Sections 1343 and 2.

GREGORY J. HAANSTAD
UNITED STATES ATTORNEY

Dated: March 11, 2016

*CLERK'S OFFICE — A TRUE COPY — Mar 21, 2019 — s/ RebeccaRay — Deputy Clerk, U.S. District Court, Eastern District of Wisconsin*

3

# UNITED STATES DISTRICT COURT
### EASTERN DISTICT OF WISCONSIN

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| v. | Case Number: 2015-cr-33-PP<br>USM Number: 69081-112 |
| Raymond Wu | |
| | Dennis P. Coffey    Kelly Watzka<br>Defendant's Attorney    Assistant United States Attorney |

THE DEFENDANT pled guilty to Count One of the information and is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Date Concluded | Count(s) |
|---|---|---|---|
| 18, USC §1343 and 2 | Knowingly caused to be transmitted in interstate commerce by means of wire communication, certain signs, signals and sounds, which accomplished the wire transfer funds to be used for the development and operation of Yo Love stores and kiosks | 3/3/2010 | 1 |

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The indictment is dismissed upon motion of the United States.

IT IS ORDERED, that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and the United States Attorney of material changes in economic circumstances.

Date Sentence Imposed: December 5, 2016

BY THE COURT:

*[signature]*

**HON. PAMELA PEPPER**
**United States District Judge**

[Clerk's Office seal: A TRUE COPY, Mar 21, 2019, s/ RebeccaRay, Deputy Clerk, U.S. District Court, Eastern District of Wisconsin]

Hon. Pamela Pepper, United States District Court

Date Judgment Entered: December 9, 2016

AO 245B (Rev. 09/11) Judgment in a Criminal Case

DEFENDANT:  Raymond Wu
CASE NUMBER:  2015-cr-33-PP

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Twelve months and one day**.

☒ The court makes the following recommendations to the Bureau of Prisons:
**That the Bureau of Prisons place the defendant in a facility as close as possible to Los Angeles, California.**

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
with a certified copy of this judgment.

_____
United States Marshal

_____
By:  Deputy United States Marshal

DEFENDANT:  Raymond Wu
CASE NUMBER:  2015-cr-33-PP

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **Three Years.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.  The defendant shall not commit another federal, state or local crime.  The defendant shall not unlawfully possess a controlled substance and shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

- ☒ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.
- ☒ The defendant shall not possess or control a firearm or explosive device.
- ☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer.
- ☐ The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.
- ☐ The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

### CONDITIONS OF SUPERVISION

1. The defendant shall not knowingly leave the judicial district he is released in without permission of the court or his probation officer;
2. the defendant shall answer truthfully all inquiries by the probation officer subject to his Fifth Amendment right against self-incrimination and follow the instructions of the probation officer;
3. the defendant shall either participate in job training as directed by his supervising officer, attend school (verified by his supervising officer), or maintain a full time job. Whether the defendant is working, training, going to school, or some combination of the three, the defendant shall participate in that activity/those activities for at least thirty (30) hours per week;
4. the defendant shall notify the probation officer at least ten days prior to any change in employment (changing from one job to another, obtaining a new job, or losing a job); When such notification is not possible, the defendant shall notify the probation officer within 72 hours of the change;
5. the defendant shall not reside at any address which has not been approved by the defendant's supervising officer;
6. the defendant shall notify the probation officer at least ten days prior to any change in residence (moving from one address to another); When such notification is not possible, the defendant shall notify the probation officer within 72 hours of the change;
7. the defendant shall not knowingly communicate with (socialize with, travel with, reside with, or frequently communicate with) any people whom he knows to be engaged in or discussing criminal activity;

8. the defendant shall permit a probation officer to visit him at reasonable times at home or elsewhere, and shall permit the probation officer to confiscate any contraband the officer observes in plain view;
9. the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
10. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
11. the defendant shall pay restitution in the amount of $242,529.28 at a rate of no less than $100 per month to Paul Elfelt, P.O. Box 224, Brookfield, WI 53008-0224. The defendant also shall apply 100 percent of any annual federal and/or state income tax refund(s) toward payment of any restitution and fine balance. The defendant shall not change exemptions claimed for either federal or state income tax purposes without prior notice to his supervising probation officer;
12. the defendant shall provide access to all financial information requested by his supervising probation officer, including, but not limited to, copies of all federal and state income tax returns. The defendant shall file all tax returns in a timely manner. The defendant shall submit monthly financial reports to his supervising officer;
13. the defendant shall not open any new lines of credit, which includes the leasing of any vehicle or other property, or use existing credit resources without the prior approval of his supervising probation officer. After the defendant has satisfied his court ordered financial obligations, this condition will no longer be in effect; and
14. the defendant shall report to pretrial services in the Central District of California to submit to a drug test prior to self-surrendering.

DEFENDANT: Raymond Wu
CASE NUMBER: 2015-cr-33-PP

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on the attached page.

| **Total Special Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| $100.00 | $0.00 | $242,529.28 |

The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

| **PAYEE** | **AMOUNT** |
|---|---|
| Paul Elfelt<br>P.O. Box 224<br>Brookfield, WI 53008-0224 | $242,529.28 |
| **TOTAL**: | **$242,529.28** |

If a defendant makes a partial payment, each payee shall receive an approximately proportioned payment. However, pursuant to 18 U.S.C. § 3664(i), all non-federal victims must be paid before the United States is paid.

☐     The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐     Restitution amount ordered pursuant to plea agreement: $_____.

☐     The defendant must pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐     The court determined that the defendant does not have the ability to pay interest, and it is ordered that the interest requirement is waived for the ☐ fine ☐ restitution.

**\*\***     Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

DEFENDANT: Raymond Wu
CASE NUMBER: 2015-cr-33-PP

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐ Lump sum payment of $_____ due immediately

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**C** ☐ Payment in equal monthly installments of not less than $_____ or 10% of the defendant's net earnings, whichever is greater, until paid in full, to commence 30 days after the date of this judgment; or

**D** ☒ Payment in equal monthly installments of not less than $100.00, until paid in full, to commence 30 days after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within 30 days after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties: _____

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several (Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate): _____

☐ The defendant shall pay the cost of prosecution; or ☐ The defendant shall pay the following court costs:

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.