# U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: UNITED STATES v. RAYMOND WU

Case Number: 19 CR 266

An appearance is hereby filed by the undersigned as attorney for:
Defendant RAYMOND WU

Attorney name (type or print): Amartya Basu

Firm: Cotsirilos, Tighe, Streicker, Poulos & Campbell, Ltd.

Street address: 33 North Dearborn Street, Suite 600

City/State/Zip: Chicago, IL 60602

Bar ID Number: 6302360
(See item 3 in instructions)

Telephone Number: 312-263-0345

Email Address: mbasu@cotsiriloslaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.

☑ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on April 18, 2019

Attorney signature: S/ Amartya Basu
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015