UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   19 CR 266 |
| v. | ) | |
| | ) | Judge: John Z. Lee |
| RAYMOND WU | ) | |

## ATTORNEY APPEARANCE

Please take notice that the undersigned Assistant United States Attorney has been assigned in the above captioned case.

                Respectfully submitted,

                JOHN R. LAUSCH, Jr.
                United States Attorney


              By: */s/ Jacqueline Stern*
                  JACQUELINE STERN
                  Assistant United States Attorney
                  219 South Dearborn Street
                  Chicago, Illinois 60604
                  (312) 353-5329

Dated: April 19, 2019