**OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604**

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Raymond Wu
407 Campbell
Los Angles, CA  90123

19 CR 266 #4

SUBURBAN IL 604
25 APR 19
PM 3 L

neopost
04/09/2019
US POSTAGE $000.50⁰
ZIP 60604
041M11270962


SM

2019 APR 29 AM 8:32