THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19 CR 266 |
| | ) | |
| vs. | ) | |
| | ) | Hon. John Z. Lee |
| RAYMOND WU | ) | |
| | ) | |
| Defendant. | ) | |

## *UNOPPOSED* MOTION TO WITHDRAW AS COUNSEL

Attorneys THEODORE T. POULOS and MARTY BASU, pursuant to Local Rule 83.17, respectfully request that this Court grant them and the law firm of Cotsirilos, Tighe, Streicker, Poulos & Campbell, Ltd. leave to withdraw their appearance as counsel for DEFENDANT RAYMOND WU. In support thereof, counsel state as follows:

1. Theodore T. Poulos and Marty Basu of Cotsirilos, Tighe, Streicker, Poulos & Campbell, Ltd, filed appearances as counsel for Defendant Raymond Wu on April 18, 2019.

2. On July 2, 2019, Daniel J. Hesler from the Federal Defender Program was appointed to represent Mr. Wu and filed an appearance as lead counsel with the Court.

3. Mr. Hesler will represent Mr. Wu as lead counsel going forward.

4. Thus, undersigned counsel respectfully requests that the Court grant them and their law firm leave to withdraw as attorneys for Mr. Wu.

5. Undersigned counsel has contacted the attorney for the government, AUSA Jackie Stern, who has no objection.

WHEREFORE, undersigned counsel respectfully requests that this Court grant Theodore T. Poulos, Marty Basu and Cotsirilos, Tighe, Streicker, Poulos & Campbell, Ltd. leave to withdraw as counsel for Defendant Raymond Wu.

Dated: August 6, 2019

Respectfully submitted,

By: */s/ Marty Basu*

Theodore T. Poulos
Marty Basu
Cotsirilos, Tighe, Streicker, Poulos
 & Campbell, Ltd.
33 North Dearborn Street, Suite 600
Chicago, IL 60602
(312) 263-0345
*Attorneys for Defendant Raymond Wu*