THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19 CR 266 |
| | ) | |
| vs. | ) | |
| | ) | Hon. John Z. Lee |
| RAYMOND WU | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

TO: Jackie Stern
      Assistant United States Attorney
      219 South Dearborn Street
      Suite 500
      Chicago, IL 60604

PLEASE TAKE NOTICE that on Tuesday, August 13, 2019 at 9:30 a.m., we shall appear before the Honorable John Z. Lee, United States District Judge, in the Courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, and present counsel's *Unopposed Motion to Withdraw as Counsel*.

Dated: August 6, 2019                                Respectfully submitted,

                                                                        By: /s/ Marty Basu

Theodore T. Poulos
Marty Basu
Cotsirilos, Tighe, Streicker, Poulos & Campbell, Ltd.
33 North Dearborn Street, Suite 600
Chicago, IL 60602
312-263-0345
*Attorneys for Defendant Raymond Wu*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that the following documents:

- Motion to Withdraw as Counsel
- Notice of Motion

was served on August 6, 2019 in accordance with Fed.R.Crim.P. 49, Fed.R.Civ.P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the District Court's system as the ECF filers.

Respectfully submitted,

By: /s/ *Marty Basu*