UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 19 CR 266 |
| v. | |
| RAYMOND WU | Judge John Z. Lee |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, January 15, 2020, at 9:30 a.m. or as soon thereafter as counsel may be heard, I will appear before Judge John Z. Lee in the courtroom usually occupied by him in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present: **MOTION FOR PRODUCTION OF MONTHLY REPORTS FILED BY DEFENDANT WHILE ON SUPERVISED RELEASE** in the above-captioned case, at which time and place you may appear if you see fit.

          Respectfully submitted,

          JOHN R. LAUSCH, JR.
          United States Attorney

By:   *s/ Jacqueline Stern*
      JACQUELINE STERN
      Assistant U.S. Attorney
      219 South Dearborn St., Rm. 500
      Chicago, Illinois 60604
      (312) 353-5329