**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.                                                        Case No.: 1:19−cr−00266

                                                               Honorable John Z. Lee

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 13, 2020:

       MINUTE entry before the Honorable John Z. Lee: As to Raymond Wu. The Court is informed that the government is not available on 1/21/20. The motion and show cause hearing set for 1/21/20 is reset to 2/5/20 at 9:30 a.m. Mailed notice (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.