**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:19−cr−00266
Honorable John Z. Lee

Raymond Wu

Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 1, 2022:

MINUTE entry before the Honorable John Z. Lee:As to Raymond Wu. Status hearing held on 3/1/22. Defendant was sentenced in the case before Judge Pallmeyer. Defense counsel proposes that the Court review the Presentence Investigation Report and Judgment from Judge Pallmeyer's in camera before determining how to proceed in this case. Defense counsel also notes that Defendant is to report to the Bureau of Prisons on 4/22/22. The government is agreeable to this. Accordingly, defense counsel should provide the materials to chambers by 3/4/22. Status hearing set for 4/15/22 at 10:00 a.m. in person to address the special report. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.