**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4**
**Eastern Division**

UNITED STATES OF AMERICA

                Plaintiff,

v.                                                    Case No.: 1:19−cr−00266
                                                    Honorable John Z. Lee

Raymond Wu

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 15, 2022:

      MINUTE entry before the Honorable John Z. Lee: As to Raymond Wu. Status hearing held on 4/15/22. For the reasons stated on the record, the Court finds that Defendant violated Mandatory Condition Number 1, which requires that he not commit another Federal, State or local crime. Defendant's bond is revoked. The Court sentences the Defendant to 6 months custody to run concurrently with the sentenced imposed in the case that was before Chief Judge Pallmeyer 18−CR−852 with no supervised release to follow. The reporting date shall be identical to the one set by Chief Judge Pallmeyer. Judgment order to follow. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.