ILND 245D (Rev. 03/12/2020) Judgment in a Criminal Case for Revocation
Sheet 6 – Schedule of Payments                                                                                                  Judgment – : ،      ،

DEFENDANT: RAYMOND WU
CASE NUMBER: 1:19-CR-00266(1)

# UNITED STATES DISTRICT COURT
## Northern District of Illinois

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| | (For **Revocation** of Probation or Supervised Release) |

v.

**RAYMOND WU**

Case Number: **1:19-CR-00266(1)**
USM Number: **69081-112**
**Daniel J. Hesler**
Defendant's Attorney

## THE DEFENDANT:

☒  admitted guilt to violation of condition(s)  Mandatory condition No. 1  of the term of supervision.

☐  was found in violation of condition (safter a denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| No. 1 | Mandatory Condition # 1 (You shall not commit another Federal, State, or local crime | 12/18/18 |

The defendant is sentenced as provided in pages 1 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s)                         and is discharged as to such violation(s)
       condition.

☐  Count(s)          dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec.: **1901**

Defendant's Year of Birth: **1976**

City and State of Defendant's Residence: **Chicago, Illinois**

**April 15, 2022**
Date of Imposition of Judgment

Signature of Judge

**John Z. Lee, United States District Judge**
Name and Title of Judge

april 26, 2022
Date

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

6 months custody, with no supervised release to follow. To run concurrent to the sentence in Chief Judge Pallmeyer's case 18-cr-852-1.

☐ The court makes the following recommendations to the Bureau of Prisons:


☐ The defendant is remanded to the custody of the United States Marshal.
☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at               ☐ a.m.    ☐ p.m.   on

    ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☒ before 12 p.m. on May 23, 2022
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:_____

_____

_____


Defendant delivered on _____ to _____ at _____,
with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL